### ADAMS et al. v. WEISSNER et al.

(Supreme Court, Appellate Term, First Department. May 14, 1914.)

PAYMENT (§ 21*)—REQUISITES AND SUFFICIENCY—PAYMENT BY CHECKS.

Where the creditor had a check sent by the debtor certified, it was a payment pro tanto of the debt.

[Ed. Note.—For other cases, see Payment, Cent. Dig. § 86; Dec. Dig. § 21.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Percy A. Adams and another, copartners doing business as Adams & Posner, against Harry Weissner and another, copartners doing business as H. Weissner & Son. From a judgment for plaintiffs, after a trial by the court without a jury, defendants appeal. Modified and affirmed.

Argued May term, 1914, before GUY, BIJUR, and PENDLETON, JJ.

Charles S. Rosenthal, of New York City, for appellants.
Morris Leight, of New York City, for respondents.

PER CURIAM. The check for $301.15, sent by defendants to plaintiffs, and which plaintiffs have had certified, belongs to the plaintiffs, and is a payment pro tanto on account of the debt sued on. The judgment must therefore be modified, by deducting from the amount sued for, namely, $401.70, the amount of the check, $301.15, leaving a balance of $100.55, for which, with appropriate costs, plaintiff should have judgment.

Judgment modified, by reducing the same to the sum of $100.55 and appropriate costs in the court below, and, as modified, affirmed, with $15 costs to the appellant.